Entered on Docket
January 09, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 9, 2012

Roger L. Efremsky
U.S. Bankruptcy Judge


Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Walter W Loo<br><br>Debtor(s) | Chapter 13 Case Number:<br>11-72378-RLE13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**CASE DISMISSED**

This proceeding having heretofore been ordered Dismissed and Martha G. Bronitsky, Chapter 13 Standing Trustee, having filed her Final Report and Account, after notice and good cause appearing,

IT IS HEREBY ORDERED that said report and account be, and the same hereby is allowed as filed, and the said Trustee is hereby discharged of her trust and her bond is released.

END OF ORDER

COURT SERVICE LIST

Walter W Loo
4690 Tompkins Ave
Oakland,CA 94619

(Debtor(s))

Pro Per

(Counsel for Debtor)